# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| DEBBIE BECHTEL, | ) | Case No.: 1:15-CV-01253- JLT |
|---|---|---|
| Plaintiff, | ) ) | ORDER CLOSING THE CASE |
| v. | ) ) | (Doc. 23) |
| LEBEC COUNTY WATER DISTRICT, et al., | ) ) ) | |
| Defendants. | ) ) | |

On December 23, 2016, the parties filed a stipulation to dismiss the action. (Doc. 23) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **December 27, 2016**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE